**TRANS VIDEO ELECTRONICS, LTD., Plaintiff–Appellant,**

v.

**SONY ELECTRONICS INC., Sony Corporation, Sony Corporation of America, Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc., and Sony Corporation, Defendants–Appellees.**

**Nos. 2012–1110, 2012–1134.**

United States Court of Appeals, Federal Circuit.

Aug. 10, 2012.

John F. Sweeney, Locke Lord LLP, of New York, New York, argued for the plaintiff-appellant. With him on the brief were Zachary D. Silbersher and Joseph A. Farco. Of counsel was Rene A. Vazquez, Sinergia Technology Law Group, PLLC, of Marlborough, CT.

Walter E. Hanley, Jr. Kenyon & Kenyon, LLP, of New York, New York, argued defendants-appellees. With him on the brief were John Flock, Megan Whyman Olesek, and Brett N. Watkins.

Before PROST, MOORE, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**